1
2
3
4
5

ZBS Law, LLP
Nichole L. Glowin, Esq. #262932
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone:          714-848-7920
Facsimile:      714-908-7807
Email:          bankruptcy@zbslaw.com

6

Counsel for Secured Creditor, Carrington Mortgage Services, LLC

7

**UNITED STATES BANKRUPTCY COURT**

8

**EASTERN DISTRICT OF CALIFORNIA**

9

**SACRAMENTO DIVISION**

10
11
12
13
14

In re:

Resty Lubag Padojino,

                    Debtor.

Case No.: 22-22606

Chapter: 13

**REQUEST FOR SPECIAL NOTICE**

15
16
17
18
19
20
21
22
23

**TO THE CLERK OF THE COURT, THE U.S. TRUSTEE, DEBTORS AND THE ATTORNEYS OF RECORD HEREIN:**

24
25
26
27
28

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. §§ 102(1) and 1109 (b), Carrington Mortgage Services, LLC, a Creditor in the above-referenced case, hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to Nichole L. Glowin, Esq., at the

following office and address and that the following counsel for Carrington Mortgage Services, LLC, be included on the master mailing list:

**Nichole L. Glowin**
**ZBS Law, LLP**
**30 Corporate Park, Suite 450**
**Irvine, CA 92606**
**Email: bankruptcy@zbslaw.com**
**Telephone: 714-848-7920**
**Fax Number: 714-908-7807**

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, requests, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way right or interests of the Debtors.

Dated: October 20, 2022                                  ZBS Law, LLP

                                                        /s/ Nichole L. Glowin
                                                        Nichole L. Glowin, Esq.
                                                        Attorney for Secured Creditor,
                                                        Carrington Mortgage Services, LLC

1  ZBS Law, LLP
   Nichole L. Glowin, Esq. #262932
2  30 Corporate Park, Suite 450
   Irvine, CA 92606
3  Phone:        714-848-7920
4  Facsimile:    714-908-7807
   Email:        bankruptcy@zbslaw.com

5

6  Counsel for Secured Creditor, Carrington Mortgage Services, LLC

7

8              **UNITED STATES BANKRUPTCY COURT**

9               **EASTERN DISTRICT OF CALIFORNIA**

10                  **SACRAMENTO DIVISION**

11

12  In re:                                    Case No.: 22-22606

13  Resty Lubag Padojino,                     Chapter: 13

14              Debtor.
                                              **PROOF OF SERVICE BY MAIL**
15

16

17

18

19

20

21         STATE OF CALIFORNIA, COUNTY OF ORANGE

22

23         I, **Katherine Kellams**, certify that I am a resident of Orange County, California.  I am

24  over the age of 18 years and am not a party to the within action.  My business address is 30

25  Corporate Park, Suite 450, Irvine, CA 92606.

26         On **October 20, 2022,** I served the within **Request for Special Notice** on all interested

27

28  parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed

                                          1

1　envelope with postage prepaid in the United States Mail at Irvine, California, addressed as

2　follows:

3　**SERVED BY UNITED STATES MAIL**:

4

5　**Debtor:**
　　Resty Lubag Padojino
6　874 North Bramasole Avenue
　　Tracy, CA 95391

7
　　**Debtor's Attorney:**
8　Rabin Pournazarian
　　6345 Balboa Blvd., Suite 247
9　Encino, CA 91316

10
　　**Trustee:**
11　Russell D. Greer
　　PO Box 3051
12　Modesto, CA 95353-3051

13　**U.S. Trustee:**
　　Office of the U.S. Trustee
14　United States Courthouse
　　Robert T Matsui United States Courthouse
15　501 I Street, Room 7-500
　　Sacramento, CA 95814
16

17

18　　　　I certify under penalty of perjury the foregoing is true and correct.

19
　　　　　　Executed on **October 20, 2022** at Irvine, California.
20

21

22　　　　　　　　　　　　　　　/s/ Katherine Kellams
　　　　　　　　　　　　　　　**Katherine Kellams**
23

24

25

26

27

28